**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CASE NO. 0:09-cv-01921-DWF-LIB**

**PAULETTE PRICE,**
**WENDY O'NEIL,**
**MARY DEE MILLER, and**
**HELEN GOEBEL,**                                                           **NOTICE OF APPEAL**

    Plaintiffs,

**v.**

**NORTHERN STATES POWER COMPANY,**

    Defendants.

    NOTICE IS HEREBY GIVEN that Plaintiffs hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Order of the District Court dated January 31, 2011, granting defendant summary judgment, and Judgment entered in this action on January 31, 2011.

                                                 WILLIAMS & IVERSEN, P.A.

DATED:    February 28, 2011           s/Richard A. Williams, Jr.
                                              Richard A. Williams, Jr. 117559
                                              Paul W. Iversen 193707
                                              2400 County Road D West, Suite 110
                                              St. Paul, MN 55112
                                              ATTORNEYS FOR PLAINTIFFS
                                              651-848-0280/Phone  651-848-0282/Fax